M/D 1

**RECEIVED**

2012 OCT -2

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

Dedric _____ )
Full name and prison name of )
Plaintiff(s) )
    )
v. )
    )     CIVIL ACTION NO. 1:12-CV-849-TMR-CSC
Wally Olsom )     (To be supplied by Clerk of U.S. District
Lt. Adn Nelson )     Court)
E. Tucker )
Mike Noole )
Josh Wevocker )
    )
    )
Name of person(s) who violated your )
constitutional rights. (List the names )
of all the person.) )

I. PREVIOUS LAWSUITS

   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐  No ☐

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment?     YES ☐     NO ☐

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) _____

         _____

         Defendant(s) _____

         _____

      2. Court (if federal court, name the district; if state court, name the county)

         _____

         _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending ?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _DALE County Jail po Box 279 OZARK AL, 36361_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _THE DALE County Jail OZARK AL 36361_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Wally Olsom | po Box 1698 |
| 2. | Ron Nelson | Po Box 279 DCJ |
| 3. | G. Tucker | PO Box 279 DCJ |
| 4. | Mike Nagler | PO Box 279 DCJ |
| 5. | Josh McVickers | PO Box 279 DCJ |
| 6. | All of the Above listing OZARK AL 36361 | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _Aug 10th, 11th, Aug 16th, Aug 20th, Aug 29th, Sept 17th, Sept 19th 2012_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _8th Amendment & 5th Amendments denined medical treatment on the above list dates NO T.B Testing, NO HIV testing No Nuring to pass out perscribtion, Against the F.D.A THE DALE County Jail has shown A Reckonless Endangerment for the safety of one Dedric Dean Life En geweria on the above listed dates. And the following As medical records will provide the proven facts, Aug 30, & 31 perscription medication was passed out by Inmate, At lunch Round About 11:25 am, witness DALE County surveillance camra, Against the Rules of the FDA, Endangering the safety of one Dedric Dean life. Engeneral Reckonlessly_

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Aug 11th upon being brought INto intake I Received A Wrist injury from Hand Cuffs being Exceedly to tight I was take to DALE Medical center Medical records shows Further Evidence of Injury: C/O Josh McVickers, Mike Nagler, Grabbed my shoulder, while Hand Cuffed kicked my leg out from under me

GROUND TWO: Injury / leg back. Medical record Excessive force Cruel punishment medication passed out by Inmate Aug 31 Trays put on unclean floor

SUPPORTING FACTS: While Hand Cuffed behind down to lock down chair I was sprayed, TAZED All while hand cuffed behind, Cruel punishment, causing permont damage to, scaring & pain in the lower back medical records will provide proven facts, DALE Medical center

GROUND THREE: Doctor Connie Chandler, OFFICE I was place in cell Block 4 No Bed, No Blanket No toilet tissue No shower No soap, No tooth paste

SUPPORTING FACTS: Nothing, And denided proper yard thats granted by Federal Government 23 ha. and / hr Roll out for 5 days I'm currently still being housed same, 24 hr lock down 9 days All facts Given is true and in this Complaint Deems to be Unconstitutional and humaine, witnesses DALE County Jail Surveillance CAMERA PO BOX 279 OZARK AL, 36361

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Seek $225,000.00 dollars for cruel punishment excessive force used, denied medical treatment Records will show facts on listed dates.

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  9/17/2012
              (Date)

_____
Signature of plaintiff(s)

Dedric Dean
PO Box 279
Ozark (AL) 36361

DALE CO. JAIL
INMATE INSPECTED

27 SEP 2012

Freedom FOREVER

In The United States
District